UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL P. MITCHELL,

    Plaintiff,

vs.

Case No. 10-10826

HON. GEORGE CARAM STEEH

EQUIFAX CREDIT REPORTING
AGENCY and EXPERIAN CREDIT
REPORTING AGENCY,

    Defendants.
_____/

## ORDER RE-SCHEDULING RULE 16 CONFERENCE

At a Rule 16 Conference this date, plaintiff's counsel, Ms. Lisa C. Watkins, advised the court she is in the process of applying for reinstatement to the practice of law in the Eastern District of Michigan. She also advised the court that she has arranged for a duly admitted colleague to substitute for her as counsel in this matter until Ms. Watkins can re-enter an appearance in this case. At the conference, defense counsel pointed out their belief that their credit reporting agency clients have no duty to investigate the validity of the IRS liens filed against plaintiff, but are required to report those liens that are actually filed. Ms. Watkins advised the court that the palintiff is challenging the validity of the liens in a separate IRS proceeding. She stated that Mr. Mitchell will consider a voluntary dismissal without prejudice in the event it is confirmed that the liens filed are in fact filed against the plaintiff as alleged by defendants.

Accordingly, the Rule 16 Conference in this matter is hereby re-scheduled to June 22, 2010 at 2:00 p.m.

Dated: May 19, 2010

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 19, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk